The People of the State of New York, Respondent, *v.*
Armand Cioffi, Appellant.

Submitted October 3, 1955; decided October 5, 1955.

Motion to have appeal heard upon the original record and typewritten briefs granted.

Motion for enlargement of time granted and case set down for argument during the November, 1955, session of the Court of Appeals.

The People of the State of New York, Respondent, *v.*
Ernest Lee Edwards, Appellant.

Submitted October 3, 1955; decided October 5, 1955.

Motion for enlargement of time granted and case set down for argument during the November, 1955, session of the Court of Appeals. [See 308 N. Y. 1020.]